UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-598-CEH-AAH

DANIEL IDANY SANTOS

## GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, files this proposed witness list with the Court, pursuant to Court's Sentencing Hearing Order (Doc. 57).

The United States is listing Detective Sharla Canfield of the Tampa Police Department as a witness that may be called to testify at sentencing. The reason for this would be to address any factual issues regarding the case and the anticipated testimony would be approximately ten minutes in length.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  /s/ John Cannizzaro
John Cannizzaro
Assistant United States Attorney
Florida Bar No.: 25790
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6103
E-Mail: John.Cannizzaro@usdoj.gov

U.S. v. Santos                                              Case No. 8:19-cr-598-CEH-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Percy A, King, Esquire

*/s/ John Cannizzaro*
John Cannizzaro
Assistant United States Attorney
Florida Bar No.: 25790
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6103
E-Mail: John.Cannizzaro@usdoj.gov